UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS


VALLEY MANAGEMENT, INC.,          )
and ROSAIDA RIVERA,               )
         Plaintiffs               )
                                  )
                    v.            )   C.A. NO. 10-cv-30082-MAP
                                  )
BOSTON ROAD MOBILE HOME           )
PARK TENANTS ASSOCIATION,         )
INC., ET AL.,                     )
         Defendants               )


MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFFS' MOTION FOR REMAND AND REQUEST
FOR ATTORNEYS' FEES AND COSTS
(Dkt. Nos. 2 & 14)

September 10, 2010

PONSOR, D.J.

        Following removal, Plaintiffs moved to remand this case

to state court and requested attorneys' fees and costs (Dkt.

No. 2).  This motion was referred to Magistrate Judge

Kenneth P. Neiman for a report and recommendation.

        On July 8, 2010, Judge Neiman issued his Report and

Recommendation, to the effect that Plaintiffs' motion should

be allowed, but that the request for fees should be denied

(Dkt. No. 14).  The conclusion of the Report and

Recommendation admonished the parties at n.2 that any

objections to the Report and Recommendation needed to be

filed within fourteen days.  No objection was filed by any

party.

Based upon the merits of the Report and Recommendation, and in light of the absence of any objection, the court, upon <u>de</u> <u>novo</u> review, hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 14).  Based upon this, the court hereby ALLOWS Plaintiffs' Motion for Remand but DENIES Plaintiffs' Motion for Fees and Costs (Dkt. No. 2).

The clerk will remand this case to state court.  This federal action may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge

2